IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* LUKE PITCHFORD                                                    PLAINTIFF

v.                              No. 4:12-cv-155-DPM

JP MORGAN CHASE BANK, N.A.                                     DEFENDANT

ORDER

On 20 March 2013 the Court ordered Pitchford to show cause why his case shouldn't be dismissed. № 9. He has responded, № 10, and he does not object to dismissal. His claims are therefore dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 June 2013