IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LUKE PITCHFORD
*ex rel.* United States of America                                           PLAINTIFF

v.                    No. 4:12-cv-155-DPM

JP MORGAN CHASE BANK N.A.                             DEFENDANT

### ORDER

Application, № 12, granted. The Court intended to dismiss without prejudice, № 9, and made a clerical error in dismissing with prejudice. № 11. The Order of dismissal, № 11, is vacated. FED. R. CIV. P. 60(a). The complaint is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 Aug. 2013