IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LUKE PITCHFORD
*ex rel.* United States of America                                    PLAINTIFF

v.                              No. 4:12-cv-155-DPM

JP MORGAN CHASE BANK N.A.                                DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 Aug. 2013